IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

RONONDO JUAN EAST,

     Appellant,

v.
                                       Case No. 5D21-2895
                                       LT Case No. 2020-CF-007121-A-O

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed June 28, 2022

Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge.

Matthew J. Metz, Public Defender, and Nancy Ryan, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

COHEN, EDWARDS and HARRIS, JJ., concur.